UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TASK MORELAND,

 Petitioner,

vs.

WARDEN NOBLE CORRECTIONAL
INSTITUTION,

 Respondent.

Case No. 3:25-cv-213

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 4); (2) DISMISSING WITHOUT PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS (Doc. No. 1); (3) CERTIFYING THAT ANY APPEAL IN THIS MATTER WOULD BE OBJECTIVELY FRIVOLOUS, AND FINDING THAT PETITIONER SHOULD BE DENIED *IN FORMA PAUPERIS* STATUS ON APPEAL; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Caroline H. Gentry (Doc. No. 4), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the R&R, and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon review of the R&R, the Court finds that it correctly sets forth the applicable law and is well reasoned.  Accordingly, the Court: (1) **ADOPTS** Judge Gentry's Report and Recommendation in its entirety; (2) **DISMISSES WITHOUT PREJUDICE** the petition for a writ of habeas corpus; and (3) **CERTIFIES** that any appeal in this matter would be objectively frivolous, and **FINDS** that Petitioner should be **DENIED** *in forma pauperis* status on appeal.  The case is **TERMINATED** on the docket.

 **IT IS SO ORDERED.**

 November 14, 2025        s/*Michael J. Newman*
                   Michael J. Newman
                   United States District Judge